UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

DANIELLE MCMAHON

       **Plaintiff**

vs.

CAROLYN W. COLVIN
COMMISSIONER OF SOCIAL SECURITY

       **Defendant**

STIPULATION OF DISCONTINUANCE

Case No: 3:16-cv-287
Hon.: ATB

We hereby stipulate that the Plaintiff shall withdraw her Complaint and that this action shall be dismissed without prejudice. We hereby certify that no party hereto is an infant or incompetent.

Date: August 24, 2016

*s/ Peter A. Gorton*
Attorney for Plaintiff
Lachman & Gorton
1500 East Main Street
PO Box 89
Endicott, NY 13760

*s/ Emily M. Fishman*
Emily M. Fishman
Special Assistant US Attorney
c/o Social Security Administration
Office of the General Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278-0004

SO ORDERED this 25 day of August, 2016

*Andrew T. Baxter*
Andrew T. Baxter
United States Magistrate Judge